UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOHANNED ALARAJ,

    Plaintiff,

v.

Case No.: _____

THE QUIKRETE COMPANIES, LLC,

    Defendant.

_____/

## DEFENDANT THE QUIKRETE COMPANIES, LLC'S
## NOTICE OF PARTIAL REMOVAL

Pursuant to 28 U.S.C. Section 1331 and 1441, Defendant, The Quikrete Companies, LLC, ("Quikrete"), files this notice of partial removal of this action from the Circuit Court of Hillsborough County, Florida (Circuit Court Case No.: 17-CA-004252) in which it is currently pending, to the United States District Court for the Middle District of Florida because there is a federal question at issue. As grounds for partial removal, Quikrete would show the Court:

### Introduction

Plaintiff, Mohanned Alaraj ("Plaintiff"), initiated this action on or about May 8, 2017, when he filed a Complaint against Quikrete in the Circuit Court in and for Hillsborough County, Florida. Plaintiff alleges that during the term of his employment, Quikrete failed to pay all wages owed to him under the Fair Labor Standards Act, 29 U.S.C. *et seq.* ("FLSA") (Count I) and Florida common law (Count II). Plaintiff also raised claims under Fla. Stat.

Section 440.2015 for alleged workers' compensation retaliation (Count III), but Quikrete has not sought removal of those claims.

Pursuant to 28 U.S.C. Section 1446(a), copies of all process, pleadings and orders served upon Quikrete are attached as **Composite Exhibit A**. The Circuit Court of Florida for the Thirteenth Judicial Circuit in and for Hillsborough County is located within the United States District Court for the Middle District of Florida. Thus, venue is proper in this Court because it is "the district and division embracing the place where the action is pending." 28 U.S.C. § 1441(a).

## Timeliness of Removal

Plaintiff served Quikrete with the Complaint on May 15, 2017. Quikrete filed this notice of partial removal within thirty (30) days of service of Plaintiff's Complaint as required under 28 U.S.C. Section 1446(b), and *Murphy Brothers, Inc. v Michetti Pipe Stringing, Inc.,* 526 U.S. 344 (1999) (holding thirty day removal period begins to run when the defendant is formally served).

## Federal Question

This action is removable to federal court pursuant to 28 U.S.C. Section 1441 because it could have been filed originally in this Court pursuant to the federal question jurisdiction conferred by 28 U.S.C. Section 1331. Specifically, jurisdiction under 28 U.S.C. Section 1331 exists over Plaintiff's wage-related claims because a federal question appears "on the face of the plaintiff's properly pleaded complaint." *See, e.g., Caterpillar, Inc. v. Williams,* 482 U.S. 386, 392 (1987). Further, this Court has supplemental jurisdiction over the state

law wage claims under 28 U.S.C. § 1367 since they based on the same set of facts as the FLSA claim.

## Filing of Removal Papers

Pursuant to 28 U.S.C. Section 1446(d), written notice of the removal of this action will be promptly served to Plaintiff's counsel, and a Notice of Filing Notice of Partial Removal is simultaneously being filed with the Clerk of Circuit Court in and for Hillsborough County, Florida. A true and correct copy of this Notice is attached hereto as **Exhibit B.**

## Conclusion

Partial removal is appropriate under 28 U.S.C. Section 1331 because this action could have been filed originally in this Court pursuant to federal question jurisdiction. This notice of removal was filed within thirty (30) days after service of Plaintiff's Complaint. Accordingly, counts I and II of this action, currently pending in the Circuit Court for Hillsborough County, Florida should be removed to the United States Court for the Middle District of Florida, and this Court should assume jurisdiction of those counts as provided by law.

Respectfully submitted this 13th day of June, 2017.

                                            **JACKSON LEWIS P.C.**

                                            */s/ Laura E. Prather*
                                            Laura E. Prather, B.C.S.
                                            LEAD TRIAL COUNSEL
                                            Florida Bar No. 870854
                                            E-mail: laura.prather@jacksonlewis.com
                                            Andrew R. Lincoln, Esq.
                                            Florida Bar No: 0069588
                                            E-mail: andrew.lincoln@jacksonlewis.com

Wells Fargo Center
100 S. Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone: 813-512-3210
Facsimile: 813-512-3211

*Attorneys for Quikrete*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2017, I filed *Defendant The Quikrete Companies, LLC's Notice of Partial Removal* with the Clerk of Court, United States Middle District of Florida − Tampa Division which will send an electronic notice to counsel of record, Donna V. Smith, Wenzel Fenton Cabassa, 1110 N. Florida Avenue, Suite 300, Tampa, FL 33602 (dsmith@wfclaw.com and rcooke@wfclaw.com).

*/s/ Laura E. Prather*
Attorney