JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**

First Listed Plaintiff:
Plaintiff Mohanned Alaraj ;
**County of Residence:** Hillsborough County

**Defendant(s):**

First Listed Defendant:
Defendant The Quikrete Companies, LLC ;
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Hillsborough County

**Plaintiff's Attorney(s):**

Attorney Donna V. Smith (Mohanned Alaraj)
Wenzel Fenton Cabassa, P.A.
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
**Phone:** 813-224-0431
**Fax:** 813-229-8712
**Email:** dsmith@wfclaw.com

**Defendant's Attorney(s):**

Attorney Laura E. Prather ( The Quikrete Companies, LLC)
Jackson Lewis P.C.
100 South Ashley Drive, Suite 2200
Tampa, Florida 33602
**Phone:** 813-512-3210
**Fax:** 813-512-3211
**Email:** laura.prather@jacksonlewis.com

Attorney Andrew R. Lincoln
Jackson Lewis P.C.
100 South Ashley Drive, Suite 2200
Tampa, Florida 33602
**Phone:** 813-512-3210
**Fax:** 813-512-3211
**Email:** andrew.lincoln@jacksonlewis.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

  **Plaintiff:** N/A

  **Defendant:** N/A

**Origin:** 2. Removed From State Court

  **State Removal County:** Hillsborough County

  **State Removal Case Number:** 2017-CA-004252

**Nature of Suit:** 442 Employment

**Cause of Action:** Fair Labor Standards Act, 29 U.S.C. et seq; Fla. Stat. § 440.205 and unpaid wages under Florida common law

**Requested in Complaint**

  **Class Action:** Not filed as a Class Action

  **Monetary Demand (in Thousands):** 15,001

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Laura E. Prather

**Date:** 06/13/2017

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.